**Donald Edward MACK,**
**Plaintiff–Appellant**

v.

**Jeffery B. BARNETT, Lieutenant, Michael Unit; Suzzan Flemings, Nurse Practitioner, Michael Unit; Phillip Wright, Paroled; Phillip Baker, Defendants–Appellees.**

No. 06–41740
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 7, 2007.

Donald Edward Mack, Tennessee Colony, TX, pro se.

Phillip Baker, Rosharon, TX, pro se.

Before KING, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Donald Edward Mack, Texas prisoner # 391890, moves for in forma pauperis (IFP) status to appeal the district court's dismissal of his 42 U.S.C. § 1983 complaint on the basis of the three-strikes bar in 28 U.S.C. § 1915(g). However, as there is no timely notice of appeal in this case, this court lacks jurisdiction to consider Mack's § 1983 claims. *See Bowles v. Russell*, —— U.S. ——, 127 S.Ct. 2360, 2366, 168 L.Ed.2d 96 (2007). Accordingly, this case is DISMISSED with prejudice. Mack's

motions for IFP status and for appointment of counsel are DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.